UNITED STATES DISTRICT COURT
_____WESTERN_____ DISTRICT OF WISCONSIN

```
DOC NO
REC'D/FILED
2014 JAN -8 AM 10: 53
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
```

Timothy J. Goyette
_____,
      Plaintiff,

vs.

Jeffrey Pugh
_____, Warden
      Defendant.

Case No.: __12-CV-80__

### NOTICE OF APPEAL

    Notice is hereby given that __Timothy J. Goyette__, petitioner-appellant in the above named case, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court, __Western__ District of Wisconsin Judge __Stephen Crocker / Philip Reinhard__ presiding, from the order and decision which dismissed his petition for writ of habeas corpus.

The order was entered in this action on the following date:

__December 3rd__, 20__13__.

    Dated this __26th__, day of __December__, 20__13__.

                                    *Timothy Goyette*
                                    Petitioner-Appellant Pro Se

                                    Stanley Correctional Institution
                                    100 Corrections Drive
                                    Stanley, WI 54768-6500

**cc:** File